# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| **UNITED STATES OF AMERICA,**<br><br>    **Plaintiff**<br><br>    **v.**<br><br>**BOSTON AND MAINE CORP.,**<br><br>    **Defendant/Counterclaim and IT Third-Party Plaintiff,**<br><br>    **Third-Party Plaintiff**<br><br>    **v.**<br><br>**TOWN OF AYER, MASSACHUSETTS,**<br><br>    **Third-Party Defendant.** | Civil Action No. 13-10087 |

## UNITED STATES' UNOPPOSED
## MOTION TO ENTER CONSENT DECREE

The United States moves to enter the proposed Consent Decree to resolve all pending claims, counter-claims, and third-party claims in this matter. Under the proposed Consent Decree, Boston and Maine ("B&M") shall reimburse the United States $2.4 million for environmental clean-up work at a portion of Fort Devens, formerly owned and operated by B&M as a railroad roundhouse, in Ayer, Massachusetts (the "Site"). B&M's payment of $2.4 million will be made in equal installment payments over three years, plus interest. Except for a 3% withholding for administrative or enforcement costs incurred by the Department of Justice, the funds will be deposited in the Environmental Restoration Account of the United States Department of the Army ("the Army") for future environmental clean-up work at other

properties on behalf of the Army. 10 U.S.C. § 2703, ECF No. 146-1, Consent Decree ("CD") ¶ 7. The proposed Consent Decree also resolves all third-party claims against the Town of Ayer, Massachusetts, without imposing any obligations on the Town.

The United States published a notice of the proposed Consent Decree in the *Federal Register* at 84 Fed. Reg. 10123, effective March 19, 2019. The United States received no comments on the proposed Consent Decree, and B&M and the Town consent to entry of the Consent Decree. ECF No. 146-1, CD ¶ 34. Therefore, this motion to enter the proposed Consent Decree is unopposed, and, for all the reasons set forth in the accompanying memorandum of law, the United States respectfully requests that the Court sign the Consent Decree on Page 10 and enter it as a final judgment.

                                                  Respectfully submitted,

                                                  ELLEN M. MAHAN
                                                  Assistant Section Chief
                                                  Environmental Enforcement Section

Date: April 22, 2019                        /s/ *C. A. Fiske*
                                                  CATHERINE ADAMS FISKE
                                                  Environmental Enforcement Section
                                                  Environment and Natural Resources Division
                                                  U.S. Department of Justice
                                                  One Gateway Center – Suite 616
                                                  Newton, MA 02458
                                                  (617) 450-0444

        BENJAMIN R. CARLISLE
        Environmental Defense Section
        Environment and Natural Resources Division
        U.S. Department of Justice
        P.O. Box 7611
        Washington, DC 20044
        (202) 514-9771
        benjamin.carlisle@usdoj.gov

        ANDREW E. LELLING
        United States Attorney
        District of Massachusetts

        BRIAN LaMACCHIA
        Assistant United States Attorney
        Office of the United States Attorney
        District of Massachusetts
        One Court House Way
        Boston, MA 02110

OF COUNSEL

Major Josiah Griffin
Litigation Attorney
U.S. Army Legal Services Agency
Environmental Law Division
9275 Gunston Rd, Suite 4304
FT Belvoir, VA 22060-5546

## CERTIFICATE OF SERVICE

    I, Catherine Adams Fiske, hereby certify that on April 22, 2019 a true and accurate copy of the above document, which was filed via the court's ECF system, will be sent electronically by the ECF system to the registered participants as identified on the Notice of Electronic Filing.

        */s/ C. A. Fiske*_____
        Catherine Adams Fiske